UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IRIS N. WILSON,

    Plaintiff,

v.                                        Case No. 3:21-cv-1212-TJC-PDB

CSX TRANSPORTATION, INC.,

    Defendant.

**ORDER**

    This case is before the Court on Defendant's Proposed Bill of Costs (Doc. 79), to which Plaintiff has filed objections (Doc. 81), and Defendant has replied (Doc. 88). As the prevailing party, Defendant may seek recovery of certain costs. See Fed. R. Civ. P. 54(d). The decision whether to award costs is within the Court's discretion. Marx v. Gen. Rev. Corp., 568 U.S. 371, 377 (2013). The only allowable costs are those listed under 28 U.S.C. § 1920. Maris Dist. Co. v. Anheuser-Busch, Inc., 302 F.3d 1207, 1225 (11th Cir. 2002). The Court has considered the bill of costs and Plaintiff's partial objections and determined to award the requested costs in full.

    The Clerk shall enter a costs judgment in favor of Defendant CSX Transportation, Inc., and against Plaintiff Iris N. Wilson, in the amount of

2

**$6,109.05**. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of April, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record

2